

**FILED**
APR 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE UNITED STATES v. JAMES WILSON

Case: 1:07-mc-00144
Assigned To : Friedman, Paul L.
Assign. Date : 4/12/2007
Description: Notice of Removal Subpoena

) Super. Ct. Case No. 2006 CF2 4800
) Subpoena matter
)

### NOTICE OF REMOVAL OF SUBPOENA

The United States Attorney, through the undersigned attorneys, and on behalf of the U.S. Parole Commission ("Parole Commission" or "Agency"), respectfully files this Notice of Removal of a subpoena matter pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of this notice, the agency states as follows:

1.   The Parole Commission has been issued a subpoena duces tecum by Defendant, requesting any and all documents and/or files concerning a third party individual, Mr. Jeremiah Mack, and requesting that the information be produced in Superior Court of the District of Columbia in the matter of United States v. James Wilson, Case No. 2006 CF2 4800.

2.   A copy of the subpoena is attached hereto.

3.   The Parole Commission is simultaneously moving to quash, relying on federal law.[1]

---

[1] The undersigned attempted to resolve this matter without the need for litigation, and after a conversation with the Defendant's counsel, it appeared that the subpoena may be withdrawn. However, since that time, the Defendant's counsel has indicated that she would not withdraw the subpoena. Accordingly, the Parole Commission is filing the instant papers.

4.      This notice of removal is brought pursuant to 28 U.S.C. § 1442(a), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996).

WHEREFORE, this matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and Brown & Williamson Tobacco Corp. v. Williams, and Houston Business Journal, Inc., supra. The underlying criminal case is not being removed and will remain in Superior Court.

Dated: April 11, 2007.

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

*/s/ Megan L. Rose*
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Room E-4220
Washington, D.C. 20530
(202) 514-7220

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE UNITED STATES v. JAMES WILSON  )
)
)
) Misc. Civil Action No.
) Super. Ct. Case No. 2006 CF2 4800
) Subpoena matter
)

## VERIFICATION

1. I am an Assistant United States Attorney for the District of Columbia and am making an appearance on behalf of the U.S. Parole Commission.

2. I have reviewed the relevant materials and upon information and belief, the allegations contained in the Notice of Removal are true.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 11, 2007

_/s/ Megan L. Rose_
MEGAN L. ROSE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of April, 2007, I caused service of the following: Notice of Filing of Notice of Removal, Notice of Removal, and an Attorney Verification, to be made on defendant, through counsel, by facsimile transmission, addressed to:

Brooke Sealy, Esq.
Georgetown Law Center
Criminal Justice Clinic
111 F Street NW
Washington, DC  20001     Fax: (202) 662-4224
Atty. for Defendant

MEGAN L. ROSE
Assistant United States Attorney

**Duces Tecum**

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
### SUBPOENA

*In Forma Pauperis*

UNITED STATES ~~DISTRICT OF COLUMBIA~~

vs.

James Wilson

Case No. 2006 CF2 4800

To: Office of General Counsel, United States Parole Commission 5550 Friendship Blvd Chevy Chase MD 20815-7286

YOU ARE HEREBY COMMANDED:

To appear before the ~~Criminal Division room~~ (courtroom) 310 of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street,~~ N.W., Washington, D.C. on the 11 day of April, 20 07, at 9:00 (a.m.)/~~p.m.~~ as a witness for Defense

☒ and bring with you any and all documents and/or files concerning the parole of Jeremiah Mack, D.O.B. 9/7/51, DCDC # 208932.

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this _____ day of _____, 20 ____.

Officer in Charge _____  District _____

Brooke Sealy
Attorney for ~~Government~~ (Defendant)

Phone No. (202) 662-9587

*Clerk, Superior Court of the District of Columbia*

---

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date _____  Judge _____

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☒ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| Shavon Gervasoni, Asst. General Counsel | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 3/26/07  2:45 pm |

**REMARKS** This subpoena may be withdrawn if the above documents are provided to the Attorney before the date of trial.

Signature/Title of Server: Investigator, Georgetown University Law Center Criminal ...

CD-1072/Jan. 00                *U.S. GPO: 2000-520-516/94582